UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHYLLIS BOLTON,

                Plaintiff,

vs.                                 CASE NO.:  2:12-CV-273-FtM-99SPC

LOWE'S HOME CENTERS, INC., a foreign
Corporation,

                Defendant.

_____

### DEFENDANT'S INITIAL DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1)

Defendant, LOWE'S HOME CENTERS, INC., through the undersigned, responds pursuant to Federal Rules of Civil Procedure 26(a)(1), and submits its initial disclosure in this case:

**WITNESSES**

1.    Individuals likely to have discoverable information and can be contacted through defense counsel:

    A)    Thomas Kopriva, store manager

    B)    Terry Hyatte, zone manager at Lowe's store on 11/13/10

**DOCUMENTS**

2.    Documents, data compilations, and tangible things in the possession, custody or control of Defendant:

    A)    Incident report (privileged).

    B)    Video of store entrance and exit on date of accident

    C)    Seven color photographs of the area in the store where plaintiff's accident allegedly occurred.

**DAMAGES**

Not applicable to Defendant.

**INSURANCE**

3.      Insurance agreements providing coverage to satisfy any judgment.

    A)      None.

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on the 25st day of June, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: JUDSON L. COHEN, ESQUIRE, SunTrust International Center, Suite 2900, One Southeast Third Avenue, Miami, Florida  33131.

                    VERNIS & BOWLING OF
                    SOUTHWEST FLORIDA, P.A.
                    Attorneys for Defendant
                    2369 West First Street
                    Fort Myers, Florida  33901
                    Telephone:     (239)   334-3035
                    Facsimile:      (239)   337-7702


                    By:      /s/ Stefanie D. Capps
                              STEFANIE D. CAPPS
                              Florida Bar No.: 55738
                              STEVEN B. SUNDOOK
                              Florida Bar No.: 352470